EDWARD F. O'CONNOR, Respondent, v. RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

NICHOLAS PROVENZANO, Respondent, v. GASPANO GIANOPUTO, Appellant.— Judgment and order of the County Court of Nassau county affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McPHERSON, Appellant.— Judgment of conviction of the County Court of Kings county reversed and new trial ordered. The defendant was indicted for carrying and possessing a bludgeon. The instrument offered in evidence is not what is commonly known as a bludgeon. The Legislature intended to punish for carrying or possessing certain defined and commonly known instruments used before and at the time of the passage of the statute,[*] by persons criminally disposed. Carr, Stapleton and Putnam, JJ., concurred; Mills and Rich, JJ., voted to affirm on the ground that it was competent for the jury to find that the instrument, as being carried by the defendant, was a bludgeon within the meaning of the statute.

CYRUS ROBINSON, Respondent, v. HAMILTON & CHAMBERS COMPANY, INCORPORATED, Appellant.— Order reversed, with ten dollars costs and disbursements, and defendant's motion for judgment on the pleadings granted, with ten dollars costs, upon the ground that the contract sued upon is entirely individual, and the defendant was not a party thereto. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

CORNELIUS G. ROCHE, as Administrator, etc., of DAVID ROCHE, Deceased, Respondent, v. ST. JOHN'S RIVERSIDE HOSPITAL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Mills, J., dissented.

LOUIS SCHLESINGER, Respondent, v. FERDINAND A. GRANER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

ALEXANDER M. SCHWOB, Respondent, v. HENRIETTA V. GOODWIN and HENRY H. GOODWIN, Appellants.— As the case now stands it is controlled by the "second" clause of the written contract between Schwob and Goodwin. That clause is clear and apparently free from ambiguity. The trial court erred in its interpretation. The "fifth" and "sixth" findings of fact, and the "first," "second" and "third" conclusions of law are reversed. The judgment is reversed, with costs of this appeal to the appellants, and a new trial is granted, costs to abide the final award of costs. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

ANDREW WILSON, as Trustee, etc., Respondent, v. KATHERINA F. MITCHELL and ARABELLA V. DARE, Appellants.— Judgment affirmed,

---

[*] See Penal Law, § 1897, as amd. by Laws of 1911, chap. 195; Laws of 1913, chap. 608, and Laws of 1915, chap. 390. — [REP.

with costs. No opinion. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARGARET H. SANGER and Others, Appellants.— Motion to dismiss appeal from order entered December 5, 1916, granted, and stay vacated, under authority of People v. Mascola (174 App. Div. 360), decided September 29, 1916. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

HARRY L. BRADLEY and Others, Respondents, v. DEGNON CONTRACTING COMPANY and Another, Appellants.— Motion granted on condition that the appellants file a stipulation withdrawing all objection to the findings of fact, made by the referee, as to the items of damage of the respective plaintiffs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ. Order to be settled before Mr. Justice Thomas.

CHRIS BRANDT, Respondent, v. HARRY VOORHIES and Others, Appellants.— Motion granted on condition that appellants perfect the appeal, place the case on the January calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks P. J., Carr, Mills, Rich and Putnam, JJ.

In the Matter of the Substitution of Attorneys, etc. In the Matter of the Judicial Settlement, etc., of MARTHA E. DURBAN, Deceased.— Motion granted on condition that appellant perfect the appeal, place the case on the January calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

SYLVESTER ADAMS, an Infant, etc., Respondent, v. GENERAL BAKING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

JOSEPHINE C. BROUARD, Appellant, v. MAX B. JUDITSKY, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

GEORGE CAMPBELL, Appellant, v. DAVIS BROWN, INC., and BRADLEY CONTRACTING COMPANY, Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

DONATO DI DIO, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence, and for errors at folios 216, 217. Thomas, Carr, Stapleton, Rich and Putnam, JJ., concurred.

FAMOUS TIRE AND RUBBER COMPANY, INC., Respondent, v. WALLACE D. FUERTH, Appellant, and Another, Defendant, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

ANNA FELDMAN, Respondent, v. JOSEPH LUBITZ, Appellant.— Judgment and order of the County Court of Kings county unanimously